### J. W. ROBISON v. THE STATE.

No. 5901.   Decided October 20, 1920.

Tick Eradication—Practice on Appeal.

Where the main question in the appeal has been favorably disposed of in a recent case, it is unnecessary to discuss the issues involved. Following Ex parte Leslie, 87 Texas Crim. Rep., 476.

Appeal from the County Court of Travis.   Tried below before the Honorable P. J. Pickle.

Appeal from a violation of the Tick Eradication Law; penalty, a fine of $25.

The opinion states the case.

*Hart & Patterson,* for appellant.—Cited cases in opinion.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted for refusing to dip his cattle and fined $25.

The main question in the case relied upon has been disposed of favorable to appellant in Ex parte Leslie, 87 Texas Crim. Rep., 476, 223 S. W. Rep., 227.   Under the decision in that case we feel that it is unnecessary to discuss at length the issues involved.   That case was thoroughly considered, and upon review of it we have seen no reason to change our opinion.

The judgment will be reversed and the cause dismissed.

*Dismissed.*